# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **LORETTA MARIAN** § | | **CIVIL ACTION NO:** |
| § | | |
| *Plaintiff* § | | **4:22-cv-01337** |
| **v.** § | | |
| § | | |
| **CRUISER RV, LLC** § | | |
| § | | |
| *Defendant* § | | **JURY TRIAL REQUESTED** |

## STIPULATION OF DISMISSAL

**TO THE HONORABLE UNITED STATES COURT:**

Plaintiff, **LORETTA MARIAN**, and Defendant, **CRUISER RV, LLC**, file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. The parties move to dismiss the suit.

2. This case is not a class action.

3. A receiver has not been appointed in this case.

4. This case is not governed by any federal statute that requires a court order for dismissal of the case.

5. Plaintiffs have not previously dismissed any federal- or state-court suit based on or including the same claims as those presented in this case.

6. This dismissal is with prejudice to refiling.

RESPECTFULLY SUBMITTED:

BY:/s/ *Richard C. Dalton*
Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
P.O. Box 358
Carencro, Louisiana 70520
rick@rickdalton.law
Tel. (337) 371-0375

ATTORNEY FOR PLAINTIFF

BY:/s/ *Christopher Jon Lowman*
Christopher Jon Lowman
The Lowman Law Firm
2929 Allen Parkway, Suite 1520
Houston, TX 77019
713-752-0777
Fax: 713-752-0778
Email: chris@lowmanlaw.com

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all parties through their attorney of record on file with the court.

_____*Richard C. Dalton*_____
RICHARD C. DALTON